Appeal of **ALBERT D. HEWINSON.** **Docket No. 1549.**

Submitted April 1, 1925; decided April 29, 1925.

*Robert A. Littleton, Esq.*, for the Commissioner.

Before STERNHAGEN, TRAMMELL, and PHILLIPS.

The amount of deficiency asserted and in controversy is $35.58, income tax for the year 1923.

FINDINGS OF FACT.

The taxpayer is a citizen of the United States, but is domiciled in the Dominion of Canada. He kept his books on a cash receipts and disbursements basis. In April, 1924, he paid the Dominion of Canada the sum of $43.20, income tax due for the year 1923. The

Commissioner refused to allow this payment as a credit for the year 1923.

#### DECISION.

The determination of the Commissioner is approved, in accordance with section 222 (a) (1), Revenue Act of 1921.